# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

NEIL DYER,                                         CASE NO.  5:15-CV-00121

      PLAINTIFF

v.

SELECT PORTFOLIO SERVICINT INC.

      DEFENDANT
_____/

## PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT

**Plaintiff, Neil P. Dyer, individually, hereby sues Defendant SELECT PORTFOLIO SERVICING INC.**

### JURISDICTION AND VENUE

1. Jurisdiction of this Court arises under 15 U.S.C. §1692k(d), 28 U.S.C. §1331, and 28 U.S.C. §1337.

2. Venue is proper before this Court pursant to 28 U.S.C. §1391(b) where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and or where Defendants transacts business in this district.

3. The jurisdiction of this court is conferred by 15 U.S.C. §1692k(d).

### PARTIES

4. Neil P. Dyer is a natural person residing in Lake County.

5. Plaintiff is a consumer as defined by the FDCPA 15 U.S.C. §1692(a)(3).

6. Defendant Select Portfolio Servicing Inc. is a Florida corporation and is authorized to do business in Florida;

7. Defendant Select Portfolio Servicing Inc. is an entity who at all relevant times was engaged in, and in the business of attempting to collect a consumer debt from Plaintiff as defined by 15 U.S.C. §1692(a)(5), and a debt collector as defined by 15 U.S.C. §1692(a)(6).

### PRELIMINARY STATEMENT

8. This action arose from Defendants attempt to collect on a Note and violations of law as a result of that action.

9. This action is brought for damages in violation of The Fair Debt Collection Practices act (FDCPA) 15 U.S.C. §1692.

10. The term "communications" means the coveying of information regarding a debt directly or indirectly to any person through any medium, as defined by 15 U.S.C. §1692a(2)

11. All conditions precedent to the bringing of this action have been performed, waived or excused.

12. The amount in dispute exceeds $75,000.00

13. There is an ongoing foreclosure action against the Plaintiff in The Circuit Court *of the 5th* Judicial Circuit in and for Lake County Florida, Case # 2013-CA 2850.

14. Plaintiff has no contractual obligation to pay the Defendants.

15. On May 12th 2014 Plaintiff received a communication dated May 5th, 2014 from the Defendant in the form of a letter, that they would be the new servicer on an alleged debt owed by the Plaintiff, that the Defendant claimed was formerly held by J.P. Morgan Chase Bank N.A.

16. On May 12th 2014 Plaintiff received communication dated May 8th 2014, from the Defendant, a Validation of Debt letter or Dunning Notice to the Plaintiff.

17. On May 13th, 2014 the Plaintiff received a communication in the form of a letter dated May 7th from the Defendant, noticing their intent to forcefully place insurance on the property in dispute. Exhibit "A"

18. On May 15th, 2014 the Plaintiff received a communication in the form of a letter Dated May 9th 2014 from the Defendant, giving notice to the Plaintiff of a loan resolution option from the Defendant. See Exhibit "B"

19. On May 20th, 2014 the Plaintiff received a communication in the form of a letter dated May 15th, 2014 from the Defendant, giving notice to the Plaintiff of a loan resolution option from the Defendant. See Exhibit "C"

20. On May 26th, 2014 the Plaintiff received a communication in the form of a letter dated May 22nd, 2014 from the Defendant, giving notice to the Plaintiff of payment options to settle an alleged debt. See Exhibit "D"

21. On June June 9th the Plaintiff recieved a communication in the form of a letter dated June 4th, 2014 from the Defendant, giving notice to the Plaintiff of payment options to settle an alleged debt. See Exhibit "E"

## FACTUAL ALLEGATIONS

22. The Defendants communications are in relation to an attempt to collect on an alleged payment obligation of the Plaintiff, a consumer, arising out of a transaction of which money or property are primarily for personal family or household purposes.

23. The Defendant use instrumentalities of interstate commerce or mailings in a business, the principle purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another and

therefore are a debt collectors.

24. The Defendant took on servicing of a consumer debt allegedly owed by the Plaintiff from Chase Home Finance LLC while in debt was in default.

25. Chase Home Finance LLC took on the servicing of the consumer debt allegedly owed by the Plaintiff from EMC Mortgage Corporation while debt was is default.

26. The Defendant is a default servicer and debt collector.

27. The each and every individual notice dated May 7th, 2014, May 9th, 2014, May 22nd, 2014 and June 4th, 2014 are separate communications subsequent to the initial communication by the defendant to the Plaintiff and did not contain a disclosure that the communication was from a debt collector, during the 30 day dispute period.

28. The Defendant has a duty to ensure that disclosures in each and every individual communications subsiquent to the intial communication to the Plaintiff are used to indicate the communication is from a debt collector, during the 30 day dispute period.

29. The Defendant has breached their duty to ensure that disclosures in each and every individual communications subsequent to the initial communication to the Plaintiff are used to indicate the communication is from a debt collector, during the 30 day dispute period.

30. The each and every individual notice dated May 7th, 2014,  May 9th, 2014, May 22nd, 2014 and June 4th, 2014 to the Plaintiff from the Defendant are using false and deceptive means in an attempt to collect a debt and obtain information concerning the Plaintiff by not including the necessary disclosures during the 30 day dispute period, in Defendants subsequent communications to the initial communications with the Plaintiff.

31. The Defendant has a duty to ensure that in each and every individual communication with the Plaintiff is not using false and deceptive means to collect a debt and obtain information from the Plaintiff during the 30 day dispute period, by including any necessary disclosures.

32. The Defendant has breached their duty to ensure that each and every individual communication to the Plaintiff is not using false and deceptive means in an attempt to collect a debt and obtain information from the Plaintiff during the 30 day dispute period by including any necessary disclosures.

33. The each and every individual notice dated May 7th, 2014,  May 9th, 2014, May 22nd, 2014 and June 4th, 2014 to the Plaintiff from the Defendant does not contain the necessary disclosures, subsequent the initial communication with the Plaintiff, overshadows and is contrary to the rights of the Plaintiff during the 30 day dispute period.

34. The Defendant has a duty to ensure that in each and every individual communication subsequent to the initial communication with the Plaintiff does not overshadow and is not contrary to the rights of the Plaintiff during the 30 day dispute period.

35. The Defendant breached their duty to ensure that each and every individual communication subsequent to the initial communication with the Plaintiff does not overshadow and is not

contrary to the rights of the Plaintiff during the 30 day dispute period.

## COUNT I
### THE DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 IN THE COMMUNICATION DATED MAY 7TH, 2014.

36. Paragraphs 1-31 are realleged as though fully set forth hereinafter.

37. Plaintiff is a consumer within the meaning of the FDCPA 15 U.S.C. §1692a(3)

38. Defendants are debt collectors within the meaning of the FDCPA 15 U.S.C. §1692a(6)

39. Defendants are attempting to collecting an alleged consumer debt against the Plaintiff.

40. In the communication dated May 7th$^{th}$, 2014 Defendant Select Portfolio Servicing Inc. violated the FDCPA. Defendants violations include, but are not limited to the following:

>    (A) In the communication dated May 7th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in communications with the Plaintiff.
>    (B)  In the communication dated May 7th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(11) by failing to disclose in subsequent communication to the Plaintiff that the communication is from a debt collector.
>    (C) In the communication dated May 7th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692g (B) by failure of the Defendant in a collection activity and communication during the 30 day period to not overshadow or be inconsistent with the disclosure of the consumers right to dispute the debt or request the name and address of the original creditor.

WHEREFORE, Plaintiff demands judgment against Select Portfolio Servicing Inc. for actual damages, statutory damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k

## COUNT II
### THE DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 IN THE COMMUNICATION DATED MAY 9TH, 2014

41. Paragraphs 1-40 are realleged as though fully set forth hereinafter.

42. Plaintiff is a consumer within the meaning of the FDCPA 15 U.S.C. §1692a(3)

43. Defendants are debt collectors within the meaning of the FDCPA 15 U.S.C. §1692a(6)

44. Defendants are attempting to collecting an alleged consumer debt against the Plaintiff.

45. In the communication dated May 9th$^{th}$, 2014 Defendant Select Portfolio Servicing Inc. violated the FDCPA. Defendants violations include, but are not limited to the following:

>    (A) In the communication dated May 9th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(10) by the use of any false representation or deceptive means to collect or

attempt to collect any debt or to obtain information concerning a consumer in communications with the Plaintiff.

(B)   In the communication dated May 9th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(11) by failing to disclose in subsequent communication to the Plaintiff that the communication is from a debt collector.

(C) In the communication dated May 9th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692g (B) by failure of the Defendant in a collection activity and communication during the 30 day period to not overshadow or be inconsistent with the disclosure of the consumers right to dispute the debt or request the name and address of the original creditor.

WHEREFORE, Plaintiff demands judgment against Select Portfolio Servicing Inc. for actual damages, statutory damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k

## COUNT III
## THE DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 IN THE COMMUNICATION DATED MAY 15TH, 2014.

46. Paragraphs 1-45 are realleged as though fully set forth hereinafter.

47. Plaintiff is a consumer within the meaning of the FDCPA 15 U.S.C. §1692a(3)

48. Defendants are debt collectors within the meaning of the FDCPA 15 U.S.C. §1692a(6)

49. Defendants are attempting to collecting an alleged consumer debt against the Plaintiff.

50. In the communication dated May 15th, 2014 Defendant Select Portfolio Servicing Inc. violated the FDCPA. Defendants violations include, but are not limited to the following:

(A) In the communication dated May 15th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in communications with the Plaintiff.

(B)   In the communication dated May 15th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(11) by failing to disclose in subsequent communication to the Plaintiff that the communication is from a debt collector.

(C) In the communication dated May 15th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692g (B) by failure of the Defendant in a collection activity and communication during the 30 day period to not overshadow or be inconsistent with the disclosure of the consumers right to dispute the debt or request the name and address of the original creditor.

WHEREFORE, Plaintiff demands judgment against Select Portfolio Servicing Inc. for actual damages, statutory damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k

## COUNT IV
## THE DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 IN THE COMMUNICATION DATED MAY 22ND, 2014.

51. Paragraphs 1-50 are realleged as though fully set forth hereinafter.

52. Plaintiff is a consumer within the meaning of the FDCPA 15 U.S.C. §1692a(3)

53. Defendants are debt collectors within the meaning of the FDCPA 15 U.S.C. §1692a(6)

54. Defendants are attempting to collecting an alleged consumer debt against the Plaintiff.

55. In the communication dated May 22nd, 2014 Defendant Select Portfolio Servicing Inc. violated the FDCPA. Defendants violations include, but are not limited to the following:

>   (A) In the communication dated May 22nd, 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in communications with the Plaintiff.
>   (B) In the communication dated May 22nd, 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(11) by failing to disclose in subsequent communication to the Plaintiff that the communication is from a debt collector.
>   (C) In the communication dated May 22nd, 2014 Defendant Select Portfolio Servicing violated 15 USC §1692g (B) by failure of the Defendant in a collection activity and communication during the 30 day period to not overshadow or be inconsistent with the disclosure of the consumers right to dispute the debt or request the name and address of the original creditor.

WHEREFORE, Plaintiff demands judgment against Select Portfolio Servicing Inc. for actual damages, statutory damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k

## COUNT V
## THE DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 IN THE COMMUNICATION DATED JUNE 4TH, 2014.

56. Paragraphs 1-55 are realleged as though fully set forth hereinafter.

57. Plaintiff is a consumer within the meaning of the FDCPA 15 U.S.C. §1692a(3)

58. Defendants are debt collectors within the meaning of the FDCPA 15 U.S.C. §1692a(6)

59. Defendants are attempting to collecting an alleged consumer debt against the Plaintiff.

60. In the communication dated June 4th, 2014 Defendant Select Portfolio Servicing Inc. violated the FDCPA. Defendants violations include, but are not limited to the following:

>   (A) In the communication dated June 4th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in communications with the Plaintiff.
>   (B) In the communication dated June 4th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692e(11) by failing to disclose in subsequent communication to the Plaintiff that the communication is from a debt collector.
>   (C) In the communication dated June 4th 2014 Defendant Select Portfolio Servicing violated 15 USC §1692g (B) by failure of the Defendant in a collection activity and communication

during the 30 day period to not overshadow or be inconsistent with the disclosure of the consumers right to dispute the debt or request the name and address of the original creditor.

WHEREFORE, Plaintiff demands judgment against Select Portfolio Servicing Inc. for actual damages, statutory damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted
    Neil P. Dyer
    11243 Preston Cove Rd.
    Clermont Florida 34711
    (407) 973 7032
    Dyern001@gmail.com

## VERIFICATION

I, Neil P. Dyer, have read the foregoing complaint and examined any appendices reference therein. The facts stated in the complaint are true. The appendices are true and fair copies of the recited instruments.

_____                    _____
    Neil P. Dyer                                                                date signed

The above named Affiant appeared before me, a Notary, subscribed, sworn under oath this _____ day of ___April_____.

_____
Notary
My commission expires: 10/24/2016
Personally Known ___✓___
Produced Identification _____ Type of identification_____

ULRIK NAUJOKAT
MY COMMISSION # EE846486
EXPIRES October 24, 2016
(407) 398-0153   FloridaNotaryService.com

## CERTIFICATE OF SERVICE

I certify that a copy of this document was delivered electronically, in person, or by U.S. mail to the person(s) listed below on April 11th, 20 15, to McGlinchey Stafford, One East Blvd. Suite 1400 Fort Lauderdale Florida 33301.

**SPS** | SELECT
*Portfolio*
SERVICING, *inc.*

P O BOX 7277, SPRINGFIELD, OH  45501-7277

Date: May 7, 2014

NEIL DYER
11243 PRESTON CV RD
CLERMONT, FL  34711

Account Number:  0016387920

Subject: **Please provide insurance information for**
11243 PRESTON COVE RO
CLERMONT, FL  34711

Dear Customer(s):

Our records show that your hazard insurance expired, and we do not have evidence that you have obtained new coverage. **Because hazard insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. Please contact your agent or carrier and purchase coverage. If you have already purchased coverage, please contact your agent or carrier and have them fax a copy of the declaration page to 1-866-801-8177, or it can be mailed to us at the address shown below. Please make sure your policy references your Select Portfolio Servicing, *Inc. (SPS) loan* number and ensure that the Mortgagee Clause on your policy reads:

SELECT PORTFOLIO SERVICING, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 7277
SPRINGFIELD, OH  45501-7277

You may also visit www.mycoverageinfo.com using a PIN number of SPS277 and provide us with your insurance information.

The insurance we buy:

- **May be more expensive than the insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**

If you have any questions, please contact us toll free at 1-800-641-2754, Monday through Friday between 9:00 a.m. and 8:00 p.m. Eastern Time.

Please review the additional important information provided in the following pages of this letter.



**EXHIBIT**
" A1 "

[0016387920]
755H1-0913

In the mortgage documents you signed, you agreed to keep insurance on your property at all times.

Things to know about lender placed insurance:

- The cost of the premium may be **much** higher
- The coverage provided may be **less** than before
- The coverage may only protect the mortgage holder
- This type of policy/certificate insures **your structure** <u>only</u>
- **Does not** protect you against injuries that occur on your property
- **Does not** protect your personal property (i.e., if your property were burglarized it would *not* cover the stolen property)

If SPS has to purchase a policy/certificate on your behalf, you will be responsible for the cost of the policy/certificate beginning from the date the insurance is placed. Any limited coverage that applies after your policy expiration/cancellation date is not acceptable insurance to SPS. It is **extremely** important that we receive this information within fifteen (15) days from receipt of this letter. To ensure prompt service, please include your SPS loan number on all correspondence faxed or mailed to our office.

**If you cannot pay for the insurance all at once, and do not already have an escrow account, one can be created on your loan.** SPS will establish an escrow account to pay for your new policy/certificate plus collect for your future insurance premiums. We will charge your escrow account for your insurance policy premium plus collect for your future premiums, and spread the total cost over the next 12 months. A portion of this cost will be paid as part of your regular monthly payment. Please be advised that establishing an escrow account will increase your monthly mortgage payment. **There is still time to renew your policy or finalize coverage with a new company, and we urge you to do so.**

Thank you for taking the time to help us resolve this matter. We appreciate the opportunity to serve you. If you or your insurance agent have any questions or believe there is an error in our records, please call us toll free at 1-800-641-2754, Monday through Friday between 9:00 a.m. and 8:00 p.m. Eastern Time, and one of our Customer Service Representatives will be happy to assist you.

Please be advised that the lender placed carrier providing the coverage referenced above may be staffing our customer service telephone lines.

Sincerely,

**Select Portfolio Servicing, Inc.**

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contestar cualquier pregunta llamando al teléfono 1-800-831-0118 y marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



EXHIBIT
" A2 "

[0016387920]



May 9, 2014

NEIL DYER
11243 PRESTON CV RD
CLERMONT, FL 34711

RE:  Account No:        0016387920
     Property Address:  11243 PRESTON COVE ROAD
                        CLERMONT, FL 34711

Dear Customer(s),

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is considering you for a loan resolution option. During our evaluation of your eligibility, I have been assigned as your Relationship Manager to assist you through the resolution process.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. Please contact SPS toll free at 888-818-6032. Representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website anytime at www.spservicing.com.

If you have any additional documentation you would like us to consider while evaluating this account for an alternative to foreclosure, please fax the documents to 801-293-3936.

Sincerely,

Shelby Pendleton
Relationship Manager
Toll free 888-818-6032 Ext. 36346
Select Portfolio Servicing, Inc.
directcontact@spservicing.com

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta llamando al teléfono 800-831-0118 y marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



EXHIBIT

"  B  "





May 15, 2014

**NEIL DYER**
**11243 PRESTON CV RD**
**CLERMONT, FL 34711**

RE: Account No:         0016387920
    Property Address:   11243 PRESTON COVE ROAD
                        CLERMONT, FL 34711

Dear Customer(s),

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is considering you for a loan resolution option. This letter is to notify you that your assigned Relationship Manager has changed. I have been assigned as your new Relationship Manager and can assist you through the resolution process.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. Please contact SPS toll free at 888-818-6032. Representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website anytime at www.spservicing.com.

If you have any additional documentation you would like us to consider while evaluating this account for an alternative to foreclosure, please fax the documents to 801-293-3936.

Sincerely,

Adam Wardel
Relationship Manager
Toll free 866-820-6218 Ext. 46233
Select Portfolio Servicing, Inc.
directcontact@spservicing.com

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir.**
**Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta llamando**
**al teléfono 800-831-0118 y marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect**
**a debt.**





EXHIBIT
" C "

0001343900046001010



May 22, 2014


☒ NEIL DYER
11243 PRESTON CV RD
CLERMONT, FL 34711


Account Number    0016387920
Property Address:   11243 PRESTON COVE ROAD
CLERMONT, FL 34711


Dear Customer(s),

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, has received correspondence from you or your authorized agent regarding this account. We thank you for this opportunity to assist you and have forwarded this correspondence to the appropriate department for handling.

SPS is committed to home retention and offers many assistance options designed for customers who are experiencing temporary or permanent hardship. If you are experiencing a financial hardship, please call us as soon as possible to discuss your situation and the options that may be available to you.

If you are sending a payment, please note that the correct mailing address for payments is:

Select Portfolio Servicing, Inc.
Attention: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Also, for your convenience. SPS offers the following payment options:

- **Automated Clearing House:** You pre-authorize SPS to withdraw funds equal to your monthly payment from your account on a specific date each month. There is no cost for this service.

- **EZ Pay By Phone:** For each payment, you authorize SPS to draft from your checking account a specific amount on a date that you specify. A fee of up to $15.00 may be charged for each EZ Pay payment you authorize.

- **EZ Pay By Web (www.spservicing.com):** For each payment, you authorize SPS to draft from your checking account a specific amount on a date that you specify. A fee of up to $15.00 may be charged for each EZ Pay payment you authorize.

- **Western Union Quick Collect:** To make a Western Union Quick Collect payment to SPS, you need to use the Code City "OSWALD" and the Code State "UT." If you want to transmit the payment to SPS on the same day, you must use the blue and white Quick Collect form, check the Urgent box, and advise the Western Union agent that you want the Urgent deliver option. There is a Western Union charge for this service.

Your assigned Relationship Manager, Adam Wardel, can be reached toll free at 866-820-6218 Ext. 46233 or by email at directcontact@spservicing.com.



**EXHIBIT**

" 01 "

0001361800008801020

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

You may also visit our website: www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contestar cualquier *pregunta llamando* al teléfono (800) 831-0118 y marque la *opción 2.***

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**







**SPS** | SELECT
SERVICING, inc.

June 4, 2014

▦   NEIL DYER
    11243 PRESTON CV RD
    CLERMONT, FL 34711

Account Number   0016387920
Property Address:  11243 PRESTON COVE ROAD
                   CLERMONT, FL 34711

Dear Customer(s),

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, has received correspondence from you or your authorized agent regarding this account. We thank you for this opportunity to assist you and have forwarded this correspondence to the appropriate department for handling.

SPS is committed to home retention and offers many assistance options designed for customers who are experiencing temporary or permanent hardship. If you are experiencing a financial hardship, please call us as soon as possible to discuss your situation and the options that may be available to you.

If you are sending a payment, please note that the correct mailing address for payments is:

Select Portfolio Servicing, Inc.
Attention: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Also, for your convenience, SPS offers the following payment options:

- **Automated Clearing House:** You pre-authorize SPS to withdraw funds equal to your monthly payment from your account on a specific date each month. There is no cost for this service.

- **EZ Pay By Phone.** For each payment, you authorize SPS to draft from your checking account a specific amount on a date that you specify. A fee of up to $15.00 may be charged for each EZ Pay payment you authorize.

- **EZ Pay By Web (www.spservicing.com):** For each payment, you authorize SPS to draft from your checking account a specific amount on a date that you specify. A fee of up to $15.00 may be charged for each EZ Pay payment you authorize.

- **Western Union Quick Collect:** To make a Western Union Quick Collect payment to SPS, you need to use the Code City "OSWALD" and the Code State "UT." If you want to transmit the payment to SPS on the same day, you must use the blue and white Quick Collect form, check the Urgent box, and advise the Western Union agent that you want the Urgent deliver option. There is a Western Union charge for this service.

Your assigned Relationship Manager, Adam Wardel, can be reached toll free at 866-820-6218 Ext. 46233 or by email at directcontact@spservicing.com.



**EXHIBIT**

" E1 "

00013843000817010200

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

You may also visit our website: www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta llamando al teléfono (800) 831-0118 y marque la opción 2.

This information is intended for informational purposes only and is not considered an attempt to collect a debt.





0001384300081702020

**EXHIBIT**
" E2 "